**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2282**

_____

In re:  EDWARD ALPHONSE HILL, a/k/a Puddin,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(4:11-cr-00055-AWA-DEM-9)

_____

Submitted:  March 17, 2016          Decided:  March 21, 2016

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Edward Alphonse Hill, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Alphonse Hill petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for transcripts, and he has filed an application to proceed in forma pauperis. Hill seeks an order from this court directing the district court to act on his motion for transcripts. Our review of the district court's docket reveals that the district court has since denied Hill's motion. Accordingly, although we grant Hill's application to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED